**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000031
10-FEB-2022
07:49 AM
Dkt. 72 OAWST**

NO. CAAP-20-0000031

IN THE INTERMEDIATE COURT OF APPEALS
OF THE STATE OF HAWAIʻI

WILMINGTON SAVINGS FUND SOCIETY FSB,
as Owner of Trustee of the Residential Credit
Opportunities Trust V-C, Plaintiff-Appellee,
v.
DAVID L. SWIERSKI, CONNIE SWIERSKI,
Defendants-Appellants,

and

KALIHIWAI RIDGE COMMUNITY ASSOCIATION,
Defendant-Appellee,

and

JOHN DOES 1-20, JANE DOES 1-20, DOE CORPORATIONS 1-20,
DOE ENTITIES 1-20, DOE GOVERNMENTAL UNITS 1-20,
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO.  5CC151000092)

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
By:  Leonard, Presiding Judge, Hiraoka and Nakasone, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal (**Stipulation**), filed on February 3, 2022, by Defendants-Appellants David L. Swierski and Connie A. Swierski, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties to the appeal stipulate to dismissal the appeal and bear their own attorney's fees and costs; (3) the stipulation is dated and signed by counsel for all

parties appearing in the appeal; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawaiʻi, February 10, 2022.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Karen T. Nakasone
Associate Judge